FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 12:51 pm, May 26, 2020

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| KIMBERLY D. ROSS, <br><br> Plaintiff, <br><br> v. <br><br> PPM PARTNERS, INC., <br><br> Defendants. | No. 2:20-CV-008 |

### ORDER

Before the Court is Plaintiff Kimberly Ross' Notice of Voluntary Dismissal, dkt. no. 13, wherein she informs the Court that she wishes to dismiss this action with prejudice. Defendant PPM Partners, Inc. having filed no answer, Plaintiff is entitled to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 26th day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA